**Electronically Filed**
**Supreme Court**
**SCWC-17-0000508**
**10-JAN-2018**
**10:40 AM**

SCWC-17-0000508

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
also known as KAMEHAMEHA SCHOOLS,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

RONALD G.S. AU,
Petitioner/Defendant-Counterclaim Plaintiff-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000508; CIV. NO. 13-1-0420-02)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on December 1, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

